**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY RICHARDSON, | ) | NO. CV 15-2452-R (KS) |
| Petitioner, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| MARTIN BITER, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 21, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28